UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHELLE URSERY,

        Defendant.
_____/

Case No. 24-20199
Hon. Judith E. Levy
Mag. Judge Kimberly G. Altman

## NOTICE TO APPEAR/SCHEDULING ORDER

- MOTIONS DUE BY: Within twenty (20) days of the date of arraignment.

    The defendant is hereby notified to appear before the Judith E. Levy, United States District Judge, at 200 East Liberty Street, Ann Arbor, MI 48104 for the following proceedings:

- PLEA HEARING/CUT-OFF:    July 11, 2024 at 10:30 a.m.

- FINAL PRETRIAL CONFERENCE:    July 11, 2024 at 10:30 a.m.

- JURY TRIAL:    July 23, 2024 at 8:30 a.m.

    SO ORDERED.

Date:  June 26, 2024        s/Judith E. Levy
       Ann Arbor, Michigan       JUDITH E. LEVY
                                        United States District Judge

### CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 26, 2024.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Case Manager